IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER

| | |
|---|---|
| CASTA BRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF TULLAHOMA, TENNESSEE | ) |
| | ) Case No. 4:24-cv-00003 TAV-CHS |
| | ) JURY DEMANDED |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

In consultation with defendant's counsel, plaintiff gives notice to the court that the parties have settled this matter and are in the process of completing the settlement paperwork.

Respectfully submitted,

s/ Justin S. Gilbert
GILBERT LAW, PLC
Justin S. Gilbert (TN BPR No. 017079)
100 W. Martin Luther King Blvd, Suite 501
423.756.8203 (T)
Chattanooga, TN 37402
justin@schoolandworklaw.com

## CERTIFICATE OF SERVICE

On January 28, 2025, a copy of the foregoing Notice of Settlement was submitted through the Court's ECF system to Daniel H. Rader, IV, defense counsel, at danny@moorerader.com.

/s Justin S. Gilbert